432 A.2d 250

Anderson etc., Appellant v. Zernich Clinic etc., et al.

Argued April 14, 1980. Rebert J. Amelto, for appellant; David H. Trushel, for Zernich, appellee; Paul Kenneth Vey, for Aliquippa Hospital, appellee; James A. McGregor, Jr., for Weyandt and Zeller, appellees.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.